RONALD GORDON v. WEST JERSEY HOSPITAL.

May 14, 1985.

Certification is granted and the matter is summarily remanded to the Superior Court, Appellate Division, for reconsideration

in the light of *Woolley v. Hoffmann-LaRoche, Inc.*, 99 *N.J.* 284 (decided May 9, 1985).

Jurisdiction is not retained.